**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LARRY WAYNE JONES,
ADC #70147**                                                                                   **PLAINTIFF**

v.                         CASE NO. 5:10CV00355 BSM/JJV

**SHERRY CONRAD,
Mailroom Supervisor, Varner Unit
Arkansas Department of Correction, et al.**                         **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 53] submitted by United States Magistrate Judge Joe J. Volpe and the filed objections [Doc. No. 57] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in  adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 37] is granted and the case is dismissed with prejudice.

2. Plaintiff's motion to for leave file an amended complaint [Doc. No. 52] is denied.

3. All remaining motions are denied as moot.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 28th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE